# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form34instructions.pdf

**9th Cir. Case Number(s)** | 25-3140

Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:

| Defendants-Petitioners: (1) PennyMac Mortgage Investment Trust (NYSE: PMT); (2) PNMAC Capital Management, LLC. |

Under FRAP 26.1 and Circuit Rule 26.1-1, I make the following disclosures:

1. I disclose the following information required by FRAP 26.1(a) and/or Circuit Rule 26.1-1(b) for any nongovernmental corporation, association, joint venture, partnership, limited liability company, or similar entity[1] which is a party, prospective intervenor, or amicus curiae in any proceeding, or which the government identifies as an organizational victim below in section 2 of this form,[2] or which is a debtor as disclosed below in section 3 of this form.

   a. Does the party, prospective intervenor, amicus, victim, or debtor have any parent companies? Parent companies include all companies that control the entity directly or indirectly through intermediaries.
      ⦿ Yes    ○ No

      If yes, identify all parent corporations of each entity, including all generations of parent corporations *(attach additional pages as necessary)*:

      | See Appendix. |

   b. Is 10% or more of the stock of the party, prospective intervenor, amicus, victim, or debtor owned by a publicly held corporation or other publicly held entity?
      ⦿ Yes    ○ No

---

[1] A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock symbol or "ticker."

[2] To the extent it can be obtained through due diligence.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 34 | 1 | New 12/01/24

If yes, identify all such owners for each entity *(attach additional pages as necessary)*:

> See Appendix.

2. In a criminal case, absent good cause shown, the government must identify here any organizational victim of the alleged criminal activity:

> N/A

3. In a bankruptcy case, the debtor, the trustee, or, if neither is a party, the appellant must identify here each debtor not named in the court of appeals caption:

> N/A

4. Are you aware of any judge serving on this Court who participated at any stage of the case, either in district court, administrative proceedings, or in related state court proceedings?
   ○ Yes    ⦿ No

   If yes, list the name of the judge and the case name, case number, and name of court of the related proceedings:

> N/A

I certify that *(select only one)*:

⦿ this is the first disclosure statement filed in the above-referenced case by the above-identified party/parties, prospective intervenor(s), or amicus/amici, and this disclosure statement complies with FRAP 26.1 and Circuit Rule 26.1-1.

○ the party/parties, prospective intervenor(s), or amicus/amici submitting this supplemental disclosure statement has previously filed a compliant disclosure statement in this case, and this updated disclosure statement discloses changed or additional information.

○ I have reviewed this form, FRAP 26.1, and Circuit Rule 26.1-1 and, to the best of my knowledge, have no information to disclose at this time.

**Signature** s/ Matthew Donald Umhofer     **Date** May 29, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 34                                    2                              New 12/01/24

# APPENDIX

PennyMac Mortgage Investment Trust, a Maryland real estate investment trust, is a publicly-traded entity listed on the New York Stock Exchange (NYSE: PMT). It has no parent company, and no publicly held corporation owns 10% or more of its common stock, other than any publicly-traded corporations who have independently reported their beneficial ownership on Schedule 13G with the United States Securities & Exchange Commission ("SEC"). On January 22, 2024, BlackRock, Inc. filed Amendment No. 4 to Schedule 13G with the SEC and disclosed that it had sole voting power over 15,164,191 PennyMac Mortgage Investment Trust common shares and sole dispositive power over 15,249,166 PennyMac Mortgage Investment Trust common shares as of December 31, 2023.

PNMAC Capital Management, LLC is indirectly owned by PennyMac Financial Services, Inc., a publicly-traded company (NYSE: PFSI). PNMAC Capital Management, LLC is not aware of any publicly-traded corporation that owns more than 10% of PennyMac Financial Services, Inc.'s stock.