No. 25-3140

# In the United States Court of Appeals for the Ninth Circuit

---

ROBERTO VERTHELYI
*on behalf of himself and all others similarly situated*

*Plaintiff-Respondent,*

v.

PENNYMAC MORTGAGE INVESTMENT TRUST;
PNMAC CAPITAL MANAGEMENT, LLC,

*Defendants-Petitioners.*

---

*On Petition for Permission to Appeal from the United States District Court for the Central District of California, No. 2:24-cv-05028-MWF-JC, Hon. Michael W. Fitzgerald*

---

**DEFENDANTS–PETITIONERS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

---

MATTHEW DONALD UMHOFER
JONAS P. MANN
UMHOFER, MITCHELL AND KING LLP
  767 South Alameda St., Ste. 270
  Los Angeles, CA 90021
  (213) 394-7979
  matthew@umklaw.com

*Counsel for Defendants-Petitioners PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC*

STEVEN M. FARINA
MELISSA B. COLLINS
WILLIAMS & CONNOLLY, LLP
  680 Maine Avenue, S.W.
  Washington, DC 20024
  (202) 434-5000
  sfarina@wc.com

*Counsel for Defendant-Petitioner PennyMac Mortgage Investment Trust*

1

Defendants-Petitioners PennyMac Mortgage Investment Trust ("PennyMac") and PNMAC Capital Management, LLC ("PCM") respectfully move for leave to file a reply brief in support of their petition for permission to appeal under 28 U.S.C. § 1292(b). Although Federal Rule of Appellate Procedure 5 does not expressly address whether a reply may be filed, this Court has routinely granted requests for leave to file a reply brief in support of a petition to appeal under Section 1292(b). *See, e.g.*, *Kathleen Wilkinson, et al., v. Facebook, Inc.*, No. 22-80100, Dkt. 11 (9th Cir. Dec. 8, 2022); *Cinnamon Mills v. Target Corp.*, No. 21-80111, Dkt. 11 (9th Cir. Dec. 6, 2021); *West Coast Stock Transfer, Inc. v. Terra Tech Corp.*, No. 19-80022, Dkt. 9 (9th Cir. May 31, 2019).

Defendants' request is justified here. The proposed reply is being filed only six days after Plaintiff filed his opposition to the petition, and it contains fewer than 2,600 words, the word limit for analogous replies in support of motions. *See* Fed. R. App. P. 27(d)(2)(C). Allowing Defendants to reply briefly to Plaintiff's arguments in opposition to this interlocutory appeal—some of which do not fairly characterize the record below—will assist the Court in assessing whether the district court correctly determined that certification is appropriate under Section 1292(b).

Defendants respectfully request that this Court allow them to file the attached reply.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ *Matthew Donald Umhofer* |
| STEVEN M. FARINA | MATTHEW DONALD UMHOFER |
| MELISSA B. COLLINS | JONAS P. MANN |
| WILLIAMS & CONNOLLY, LLP | UMHOFER, MITCHELL AND KING LLP |
|   680 Maine Avenue, S.W. |   767 South Alameda St., Ste. 270 |
|   Washington, DC 20024 |   Los Angeles, CA 90021 |
|   (202) 434-5000 |   (213) 394-7979 |
|   sfarina@wc.com |   matthew@umklaw.com |
| *Counsel for Defendant-Petitioner PennyMac Mortgage Investment Trust* | *Counsel for Defendants-Petitioners PennyMac Mortgage Investment Trust and PNMAC Capital Management, LLC* |

JUNE 2, 2025

# CERTIFICATE OF COMPLIANCE
# WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Matthew Donald Umhofer, certify, pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), that the Motion For Leave To File a Reply Brief In Support of Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) is proportionately spaced, has a typeface of 14 points, and contains **226** words.

/s/ *Matthew Donald Umhofer*
MATTHEW DONALD UMHOFER

JUNE 2, 2025

4

**CERTIFICATE OF SERVICE**

  I, Jennifer M. Mitchell, certify that, on June 2, 2025, a copy of the attached Motion For Leave To File a Reply Brief In Support of Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) was filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit through the Court's electronic filing system.

  I certify under penalty of perjury that the foregoing is true and correct.

JUNE 2, 2025

*/s/ Jennifer M. Mitchell*
JENNIFER M. MITCHELL