UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERTO VERTHELYI, on behalf of himself and all others similarly situated,

    Plaintiff - Respondent,

 v.

PENNYMAC MORTGAGE INVESTMENT TRUST and PNMAC CAPITAL MANAGEMENT, LLC,

    Defendants - Petitioners.

No. 25-3140

D.C. No. 2:24-cv-05028-MWF-JC
Central District of California, Los Angeles

ORDER

Before: SILVERMAN and VANDYKE, Circuit Judges.

The motion (Docket Entry No. 6) for leave to file a reply in support of the petition is granted.

The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).